DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARCHIE L. GOOLSBY,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT PROGRAM,** o/b/o **TRACIE N. BLASH,**
Appellee.

No. 4D14-2326

[August 5, 2015]

Appeal from the State of Florida, Department of Revenue, CSE No. 2000183448, Court Case No. 0655001248AO and DOAH Case No. 14-002556-CS.

Archie L. Goolsby, Miami, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Toni C. Bernstein, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank,* 377 So.2d 1150, 1152 (Fla. 1979).

CIKLIN, C.J., TAYLOR and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***